UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VLADIMIR LEON,<br><br>                              Plaintiff,<br><br>       -against-<br><br>TOWN BOARD OF THE TOWNS OF RAMAPO, ET AL,<br><br>                              Defendants. | 22-CV-3965(LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 17, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 17, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge